HEATHER E. WILLIAMS, SBN #122664
Federal Defender
HANNAH R. LABAREE, SBN #294338
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
Hannah_labaree@fd.org

Attorneys for Defendant
IRA WALTRIP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:22-cr-00050-KJM |
| Plaintiff, | **ORDER** |
| vs. | Judge: Kimberly J. Mueller |
| IRA WALTRIP, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibit A regarding medical records be granted so that this information is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents shall remain under seal until further Order of the Court.

Dated: April 11, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE