**WALSH LAW**
Chris Walsh (CA State Bar No. 235118)
Philippa Lauben (CA State Bar No. 186153)
Colin Child (CA State Bar No. 285187)
7950 Folsom Auburn Road
Folsom, CA 95630
Phone: (530) 499-0645
Email: philippa@walshcriminaldefense.com

Attorneys for Defendant
Ira Leslie Waltrip

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00050-KJM |
| Plaintiff, | STIPULATION TO CONTINUE ADMIT/DENY HEARING; ORDER |
| v. | DATE: June 9, 2025 |
| IRA LESLIE WALTRIP, | TIME: 10:00 am |
| Defendant. | JUDGE: Hon. Kimberly Mueller |

### STIPULATION

Defendant, Ira Leslie Waltrip, by and through his counsel of record, Walsh Law (Philippa Lauben), and the United States of America, by and through its counsel of record, Dhruv M. Sharma, hereby stipulate as follows:

1. The defendant's initial appearance on a violation of probation was March 6, 2025.

2. An admit/deny hearing was set for April 8, 2025 and later rescheduled to April 15, 2025.

3. An admit/deny hearing was then set for June 10th, 2025, by stipulation.

4. By this stipulation, the parties now move to continue the admit/deny hearing to June 24, 2025.

/////

/////

1
STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING

5.  The parties agree and stipulate:

    a)  The date of June 24, 2025, represents the earliest and most convenient date for counsel

    b)  Neither the government nor the defense objects to the continuance.

IT IS SO STIPULATED.

Dated:  June 2, 2025                                /s/ PHILIPPA LAUBEN
                                                    PHILIPPA LAUBEN
                                                    Counsel for Defendant
                                                    IRA LESLIE WALTRIP

Dated:  June 2, 2025                                DHRUV SHARMA
                                                    United States Attorney

                                                    /s/ DHRUV SHARMA
                                                    DHRUV SHARMA
                                                    Special Assistant United States Attorney

**FINDINGS AND ORDER**

The Court, having received, read, and considered the parties' stipulation, approves the parties' stipulation. The Court vacates the June 10, 2025, admit/deny hearing and resets the matter for **June 24, 2025, at 10:00 a.m. The court will not further continue this matter without a showing of extraordinarily good cause.**

IT IS SO FOUND AND ORDERED this 3rd day of June 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE